UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINJONG KIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL N. KING; STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.; and Does 1–10,<br><br>　　　　　Defendants. | Case No. 20-CV-05665-LHK<br><br>**ORDER STAYING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 9, 10, 18, 19 |

On September 4, 2020, Defendant State Farm Mutual Automobile Insurance moved to stay the instant case until the completion of contractual arbitration of the underlying underinsured motorist claim. ECF Nos. 9 (notice of motion), 10 (memorandum of points and authorities).[1] On January 4, 2021, Plaintiff consented to the motion to stay. ECF No. 18. Accordingly, the Court stays the instant case. The Clerk shall administratively close the file. This is a purely

---

[1] Defendant's motion to stay contains a notice of motion paginated separately from the memorandum of points and authorities in support of the motion. ECF Nos. 9, 10. Civil Local Rule 7-2(b) provides that the notice of motion and points and authorities should be contained in one document with the same pagination.

1

Case No. 20-CV-05665-LHK
ORDER STAYING CASE AND CONTINUING CASE MANAGEMENT CONFERENCE

administrative procedure that does not affect the rights of the parties.

Moreover, on January 14, 2021, the parties filed a stipulation to vacate the initial case management conference if the motion to stay is granted. ECF No. 19. The Court DENIES the stipulation. The Court continues the February 3, 2021 initial case management conference to June 16, 2021. The parties shall file a joint case management statement by June 9, 2021.

**IT IS SO ORDERED.**

Dated: January 15, 2021

_____
LUCY H. KOH
United States District Judge